IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL D. WOODS,** | : | |
|     **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-CV-2178** |
| | : | |
| **SUPERINTENDENT J. TERRA,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW** this 9th day of December, 2024, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Complaint (ECF No. 25), and Plaintiff's letter responses in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and all of Plaintiff's claims against Defendants Barnacle, Yodis, Terra, Hartless, and Baity, and Counts 2, 3 and 4 are **DISMISSED with prejudice** in their entirety for the reasons set forth in the accompanying Memorandum Opinion.

**IT IS FURTHER ORDERED** that Defendant Wendlerhouse is **DIRECTED** to file an Answer to those allegations against him set forth in Counts 1 and 5 of Plaintiff's Complaint within the time prescribed by Fed. R. Civ. P. 12(a)(4)(A).

                                                    **BY THE COURT:**

                                                  */s/   Mitchell S. Goldberg*

                                                  **Mitchell S. Goldberg,     J.**